No. 93–9584. ACUNA *v.* DOE, MEDICAL STAFF AT MARION COUNTY SUPERIOR COURT JAIL, ET AL. C. A. 7th Cir. Certiorari denied.

No. 93–9586. ROBERTS *v.* OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 93–9587. REED *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 93–9588. MYERSON *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 93–9589. TEMPELMAN ET UX. *v.* POTVIN ET AL. C. A. 1st Cir. Certiorari denied.

No. 93–9590. ANDRISANI *v.* SAUGUS COLONY LTD. ET AL. Ct. ·App. Cal., 2d App. Dist. Certiorari denied.

No. 93–9591. STYERS *v.* ARIZONA. Sup. Ct. Ariz. Certiorari denied.

No. 93–9592. BALLARD *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–9594. BILAL *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–9595. AYALA *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 93–9596. CANCIO *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–9598. GUZMAN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–9599. POOLE *v.* UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 93–9600. PETERSON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–9601. REYES-MOGOLLON *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–9603. LANKFORD *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.